**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CIVIL NO.  2:07CV22**

| | | |
|---|---|---|
| **DENNIE L. MOSS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **J U D G M E N T** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**, the Defendant's motion for judgment on the pleadings, construed as a motion for summary judgment, is **ALLOWED**, the decision of the Commissioner denying Social Security benefits to the Plaintiff is **AFFIRMED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: February 20, 2009

Lacy H. Thornburg
United States District Judge